UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14099

MAGISTRATE JUDGE
LYNCH

18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RALPH L. POOLE, Jr.,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about November 15, 2005, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**RALPH L. POOLE, Jr.**

using a facility, a computer, and means of interstate commerce, that is, America Online, an internet service provider, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RALPH L. POOLE, Jr.

CASE NO. 05-14099-CR-GRAHAM

CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**
New Defendant(s) ____ Yes ____ No
Number of New Defendants ____
Total number of counts ____

**Court Division:** (Select One)

____ Miami   ____ Key West
____ FTL     ____ WPB   _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) ____
   List language and/or dialect ____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days     _X_            Petty    ____
   II   6 to 10 days    ____           Minor    ____
   III  11 to 20 days   ____           Misdem.  ____
   IV   21 to 60 days   ____           Felony   _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) __Yes__
   If yes:
   Magistrate Case No.   _05-94-FJL_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ____ Yes _X_ No
   If yes, was it pending in the Central Region? ____ Yes ____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ____ Yes _X_ No

_____
DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY
Fl. Bar No: 0775185

Penalty Sheet(s) attached                              REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**05-14099**

CASE NO:

Defendant's Name: **RALPH L. POOLE, Jr.**

MAGISTRATE JUDGE LYNCH

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Did knowingly use a computer to persuade, induce, entice and coerce a minor to engage in prohibited sexual conduct | 18:2422(b) | Min. Mandatory 5 years<br>Max: 30 years<br>$250,000 fine<br>SR: Up to Life |

# BOND RECOMMENDATION

Defendant:     **RALPH L. POOLE, Jr.**

$ <u>USMS Custody</u>          (Surety, Recognizance, Corporate Surety, Cash) (Jail)(On Bond) (Warrant) (Summons) (Marshals' Custody)

*[signature]*
Diana M. Acosta
Assistant United States Attorney


Last Known Address:


Incarceration Facility:


Agent:          Chris Harvey
                ICE/DHS